1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  GRANT P. FONDO (CABN 181530)
   Assistant United States Attorney
5       150 Almaden Boulevard, Suite 900
        San Jose, CA 95113
6       Telephone: (408) 535-5061
        Fax:  (408) 535-5066
7       E-Mail: grant.fondo@usdoj.gov

8  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>EDWARD G. KLUJ, AND GURINDER KIREN MAND,<br><br>        Defendant. | No. CR 11-00422 LHK<br><br>GOVERNMENT'S MOTION TO DISMISS AS TO EDWARD J. KLUJ AND SUGGESTION OF DEATH UPON THE RECORD; [PROPOSED] ORDER |

The United States, through the undersigned attorney, moves this Court to **DISMISS**, without prejudice, all counts of the above-numbered indictment as to defendant EDWARD G. KLUJ. The Government suggests the death of this defendant during the pendency of this action.

///

///

///

///

///

///

The Government has obtained a copy of the Certificate of Death, and it confirms that Edward G. Kluj, whose date of birth and social security number match the defendant's, passed away on August 21, 2012.

DATED: September 18, 2012

Respectfully submitted,
MELINDA HAAG
United States Attorney

/S/

GRANT P. FONDO
Assistant United States Attorney

**ORDER**

For good cause shown, the Court grants the government's motion to dismiss, without prejudice, all counts as to defendant Edward G. Kluj in above-captioned indictment, CR 11--00422 LHK.

Date: 9/18/12

*Lucy H. Koh*
HONORABLE LUCY H. KOH
United States District Judge