MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5035
    FAX: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00422 LHK |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER RESCHEDULING CHANGE OF PLEA/STATUS CONFERENCE TO |
| GURINDER KIREN MAND, ) | DECEMBER 5, 2012; EXCLUSION OF TIME |
|     Defendant. ) | |

    The United States and defendant Gurinder Kiren Mand respectfully request that defendant's change of plea/status hearing be rescheduled from November 21, 2012, to December 5, 2012, (or other date convenient to the Court), to permit defendant additional time to evaluate the written plea offer and to conduct necessary investigation, and the parties seek an exclusion of time.

///

///

///

///

///

*US v.Mand,* CR 11-00422 LHK
Stipulation and [Proposed] Order

| | |
|---|---|
| DATED: November 19, 2012 | MELINDA HAAG<br>United States Attorney |
| | /S/ |
| | _____<br>GRANT P. FONDO<br>Assistant United States Attorney |
| | /S/ |
| | _____<br>RONI ROTHOLZ<br>Counsel for Defendant |

## ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between November 21, 2012, and December 5, 2012, would ~~unreasonably deny the defendant continuity of counsel and~~ would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between November 21, 2012, and December 5, 2012, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between November 21, 2012, and December 5, 2012, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 11/20/12

_____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

US v.Mand, CR 11-00422 LHK
Stipulation and [Proposed] Order